IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| vs. | : | CRIMINAL NO. 07-520-01 |
| DIONICIO GOMEZ | : | |
| | : | |

## JUDGMENT OF ACQUITTAL/NOT GUILTY

AND NOW, this 10th day of February, 2012, came the attorney for the Government and the defendant being present with counsel, and

[]  The Court having granted the defendant's motion for judgment of acquittal as to:

[]  A jury has been waived, and the Court has found the defendant not guilty as to:

[XX]  The jury has returned its verdict, finding the defendant not guilty as to: Count Three (3).

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

BY THE COURT:

S/Stewart Dalzell
Stewart Dalzell , J.

cc:   U.S. Marshal
      Probation Office
      Counsel

 2/10/12    E. Adler
  Date     By Whom

Cr 1 (4/2006)